| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |
| Debtor 1 | **Zakery B. Tretton** | |
| | First Name  Middle Name  Last Name | |
| Debtor 2 | **Margaret Maureen Baldwin** | |
| (Spouse if, filing) | First Name  Middle Name  Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | |
| Case number (if known) | **24-13464-amc** | |

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number  **5** | **$27,768.29** | **$8,012.00** | **$19,756.29** |
| | Priority Creditor's Name | | | | |
| | **Centralized Insolvency Operation** | When was the debt incurred? | | | |
| | **P. O. Box 7346** | | | | |
| | **Philadelphia, PA 19101-7346** | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

| 2.2 | **Keystone Collections Group** | Last 4 digits of account number | | $1,209.02 | $1,209.02 | $0.00 |

Priority Creditor's Name
**PO Box 499**
**Irwin, PA 15642**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only  ☐ Contingent
☐ Debtor 2 only  ☐ Unliquidated
■ Debtor 1 and Debtor 2 only  ☐ Disputed
☐ At least one of the debtors and another  **Type of PRIORITY unsecured claim:**
☐ Check if this claim is for a community debt  ☐ Domestic support obligations
**Is the claim subject to offset?**  ■ Taxes and certain other debts you owe the government
■ No  ☐ Claims for death or personal injury while you were intoxicated
☐ Yes  ☐ Other. Specify _____

| 2.3 | **PA Dept of Revenue** | Last 4 digits of account number  1 | $9,000.00 | $1,988.04 | $7,011.96 |

Priority Creditor's Name
**PO Box 280431**
**Harrisburg, PA 17128-0431**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only  ☐ Contingent
☐ Debtor 2 only  ☐ Unliquidated
■ Debtor 1 and Debtor 2 only  ☐ Disputed
☐ At least one of the debtors and another  **Type of PRIORITY unsecured claim:**
☐ Check if this claim is for a community debt  ☐ Domestic support obligations
**Is the claim subject to offset?**  ■ Taxes and certain other debts you owe the government
■ No  ☐ Claims for death or personal injury while you were intoxicated
☐ Yes  ☐ Other. Specify _____

| 2.4 | **Palisades School District** | Last 4 digits of account number  4 | $1,804.87 | $1,804.87 | $0.00 |

Priority Creditor's Name
**Township of Tinicum**
**c/o Keystone Collections Group**
**546 Wendel Road**
**Irwin, PA 15642**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only  ☐ Contingent
☐ Debtor 2 only  ☐ Unliquidated
■ Debtor 1 and Debtor 2 only  ☐ Disputed
☐ At least one of the debtors and another  **Type of PRIORITY unsecured claim:**
☐ Check if this claim is for a community debt  ☐ Domestic support obligations
**Is the claim subject to offset?**  ■ Taxes and certain other debts you owe the government
■ No  ☐ Claims for death or personal injury while you were intoxicated
☐ Yes  ☐ Other. Specify _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority

| Debtor 1 | Zakery B. Tretton | | |
|---|---|---|---|
| Debtor 2 | Margaret Maureen Baldwin | Case number (if known) | **24-13464-amc** |

unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

| | | | |
|---|---|---|---|
| 4.1 | **AdaptHealth Patient Care Colutions Inc.**<br>Nonpriority Creditor's Name<br>**PO Box 749063**<br>**Los Angeles, CA 90074-9063**<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>■ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>■ No<br>☐ Yes | Last 4 digits of account number **1228**<br>When was the debt incurred? _____<br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>■ Other. Specify _____ | **$54.07** |

| | | | |
|---|---|---|---|
| 4.2 | **Amex**<br>Nonpriority Creditor's Name<br>**Correspondence/Bankruptcy**<br>**Po Box 981535**<br>**El Paso, TX 79998**<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>■ No<br>☐ Yes | Last 4 digits of account number **3493**<br>When was the debt incurred? **Opened 05/21 Last Active 5/26/23**<br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>■ Other. Specify **Credit Card** | **$6,560.00** |

| | | | |
|---|---|---|---|
| 4.3 | **Arcadia Recovery Bureau, LLC**<br>Nonpriority Creditor's Name<br>**P.O. Box 6768**<br>**Reading, PA 19610-0768**<br>Number Street City State Zip Code<br>**Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>■ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>■ No<br>☐ Yes | Last 4 digits of account number **1673**<br>When was the debt incurred? _____<br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of NONPRIORITY unsecured claim:**<br>☐ Student loans<br>☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims<br>☐ Debts to pension or profit-sharing plans, and other similar debts<br>■ Other. Specify _____ | **$927.40** |

| 4.4 | **Bankers Health Group** | Last 4 digits of account number **2023** | $85,098.53 |

Nonpriority Creditor's Name
**201 Solat Street**
**Syracuse, NY 13204**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify _____

---

| 4.5 | **Baum Smith & Clemens LLP** | Last 4 digits of account number **1000** | $1,840.00 |

Nonpriority Creditor's Name
**2060 Detwiller Road, Suite 125**
**Harleysville, PA 19438**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify _____

---

| 4.6 | **CBE Group** | Last 4 digits of account number **0652** | $366.38 |

Nonpriority Creditor's Name
**Payment Processing Center**
**P.O. Box 2336**
**Waterloo, IA 50704-2695**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify **Collector for Metropolitan Edison**

| Debtor 1 | Zakery B. Tretton | | |
|---|---|---|---|
| Debtor 2 | Margaret Maureen Baldwin | Case number (if known) | 24-13464-amc |

| 4.7 | **Citi Card/Best Buy** | Last 4 digits of account number | 7027 | $4,191.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Citicorp Cr Srvs Centralized Bankr
Po Box 790040
St Louis, MO 36179**
Number Street City State Zip Code

When was the debt incurred? **Opened 03/22  Last Active 05/23**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.8 | **DB Collects LLC283011237153** | Last 4 digits of account number | | $2,388.08 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1253 Haddonfield Berlin Rd
Voorhees, NJ 08043-4847**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.9 | **Discover Bank** | Last 4 digits of account number | 1948 | $6,673.54 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 3025
New Albany, OH 43054**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

| Debtor 1 | **Zakery B. Tretton** | | |
|---|---|---|---|
| Debtor 2 | **Margaret Maureen Baldwin** | Case number (if known) | **24-13464-amc** |

| 4.10 | **Discover Financial** | Last 4 digits of account number | **5093** | **$18,530.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054**

**When was the debt incurred?** **Opened 03/14  Last Active 4/06/23**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only            ☐ Contingent
☐ Debtor 2 only            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Credit Card**

---

| 4.11 | **Fox Rothchild** | Last 4 digits of account number | **5530** | **$87,428.27** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2000 Market Street, 20th Floor
Philadelphia, PA 19103**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only            ☐ Contingent
☐ Debtor 2 only            ☐ Unliquidated
■ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify

---

| 4.12 | **Good Shepherd Rehabilitation** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**850 S 5th Street
Philadelphia, PA 19107**

**When was the debt incurred?**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only            ☐ Contingent
■ Debtor 2 only            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Mdeical Bill**

Debtor 1 **Zakery B. Tretton**
Debtor 2 **Margaret Maureen Baldwin**  Case number (if known) **24-13464-amc**

---

**4.13**

**Greenleaf Propane**
Nonpriority Creditor's Name
**PO Box 914**
**Plumsteadville, PA 18949**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **5023**   $1,189.06

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

**4.14**

**Headway Capital LLC**
Nonpriority Creditor's Name
**175 W Jackson Blvd, Suite 1000**
**Chicago, IL 60604**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **6550**   $23,380.83

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

**4.15**

**Jefferson Health**
Nonpriority Creditor's Name
**111 S 11th Street**
**Philadelphia, PA 19107**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number ____   $3,000.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Bills**

---

| Debtor 1 | **Zakery B. Tretton** | | |
|---|---|---|---|
| Debtor 2 | **Margaret Maureen Baldwin** | Case number (if known) | **24-13464-amc** |

| 4.16 | **Jpmcb** | Last 4 digits of account number | **7031** | **$24,654.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203**
Number Street City State Zip Code

When was the debt incurred? **Opened 01/15  Last Active 6/02/23**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

---

| 4.17 | **Jpmcb** | Last 4 digits of account number | **4472** | **$7,682.92** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

---

| 4.18 | **Lab Corp** | Last 4 digits of account number | **3860** | **$115.18** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 2240
Burlington, NC 27216**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Debtor 1 **Zakery B. Tretton**
Debtor 2 **Margaret Maureen Baldwin**    Case number (if known)    **24-13464-amc**

| 4.19 | **Manufacturers and Traders Trust Co.** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number | $109,896.44 |
| | **One M&T Plaza** | | |
| | **Buffalo, NY 14203** | When was the debt incurred? | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.20 | **Midland Credit Mgmt** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number **3360** | $12,301.00 |
| | **Attn: Bankruptcy** | | |
| | **Po Box 939069** | When was the debt incurred? **Opened 09/23  Last Active 02/23** | |
| | **San Diego, CA 92193** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Factoring Company Account Citibank N.A.**

---

| 4.21 | **National Funding - Quick Bridge Funding** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number **2882** | $17,864.50 |
| | **4380 LaJolla Village Dr** | | |
| | **San Diego, CA 92122** | When was the debt incurred? | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

Debtor 1 **Zakery B. Tretton**
Debtor 2 **Margaret Maureen Baldwin**  Case number (if known) **24-13464-amc**

---

| 4.2.2 | **Obermayer** | Last 4 digits of account number **0001** | **$30,016.20** |

Nonpriority Creditor's Name
**Centre Street West**
**1500 Market Street, Suite 3400**
**Philadelphia, PA 19102-2101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2.3 | **Penn Medicine** | Last 4 digits of account number **3211** | **$486.86** |

Nonpriority Creditor's Name
**Patient Pay**
**P.O. Box 824406**
**Philadelphia, PA 19182-4406**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2.4 | **Surgical Care Specialists** | Last 4 digits of account number **3733** | **$250.32** |

Nonpriority Creditor's Name
**1245 Highland Avenue, Suite 600**
**Abington, PA 19001-3727**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| Debtor 1 | **Zakery B. Tretton** | | |
|---|---|---|---|
| Debtor 2 | **Margaret Maureen Baldwin** | Case number (if known) | **24-13464-amc** |

| 4.2 5 | **Synchrony Bank** | Last 4 digits of account number **5906** | $603.22 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 71782
Philadelphia, PA 19176-1782**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

| 4.2 6 | **Synchrony Bank/Lowes** | Last 4 digits of account number **9463** | $14,860.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 05/16 Last Active 8/02/23**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Charge Account**

| 4.2 7 | **United Anes Serv. PC** | Last 4 digits of account number **5139** | $279.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 828962
Philadelphia, PA 19182**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

| Debtor 1 | **Zakery B. Tretton** | | |
|---|---|---|---|
| Debtor 2 | **Margaret Maureen Baldwin** | Case number (if known) | **24-13464-amc** |

| 4.28 | **Uplift, Inc.** | Last 4 digits of account number | **5906** | **$603.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy
440 N Wolfe Rd
Sunnyvale, CA 94085**
Number Street City State Zip Code

When was the debt incurred? **Opened 02/24  Last Active 06/23**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify **Factoring Company Account Synchrony Bank**

---

| 4.29 | **Vancleef Engineers Associates** | Last 4 digits of account number | | **$80,660.58** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**501 North Main Street
Doylestown, PA 18018**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify **Enginnering Services**

---

| 4.30 | **VW Consultants LLC** | Last 4 digits of account number | **713J** | **$6,125.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1590 Canary Road
Richboro, PA 18954**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

■ Other. Specify

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Carepayment**<br>**PO Box 2398**<br>**Omaha, NE 68103-2398** | Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Credit Corp Solutions,, Inc.**<br>**121 W. Election Road, Suite 200**<br>**Draper, UT 84020** | Line **4.25** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Hayt, Hayt & Landau, LLC**<br>**2 Industrial Way West**<br>**PO Box 500**<br>**Eatontown, NJ 07724-0500** | Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Matthew J. Rifino, Esq.**<br>**McCarter & English, LLP**<br>**405 North King Street, Suite 800**<br>**Wilmington, DE 19801** | Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **MRS BPO LLC**<br>**1930 Olney Avenue**<br>**Cherry Hill, NJ 08003-2016** | Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Rebecca J. Price, Esq.**<br>**515 Hamilton Street, Suite 502**<br>**Allentown, PA 18101** | Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **SBA**<br>**P.O. Box 3918**<br>**Portland, OR 97208-3918** | Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Small Business Administration**<br>**801 Tom Martin Drive  Suite 120**<br>**Birmingham, AL 35211** | Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Small Business Administration**<br>**14925 Kingsport Road**<br>**Fort Worth, TX 76155-2243** | Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **WELTMAN WEINBERG & REIS CO LPA**<br>**ATTN:  MICHAEL J DOUGHERTY**<br>**520 WALNUT STREET, SUITE 1355**<br>**PHILADELPHIA, PA 19106-1334** | Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |
| **Weltman, Weinberg & Reis** | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

Debtor 1 **Zakery B. Tretton**
Debtor 2 **Margaret Maureen Baldwin**
Case number (if known) **24-13464-amc**

**965 Keynote Circle**
**Independence, OH 44131**

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Zwicker & Associates, PC**
**80 Minuteman Road**
**Andover, MA 01810-1031**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.14** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 39,782.18 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 39,782.18 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 548,025.38 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 548,025.38 |

AdaptHealth Patient Care Colutions Inc.
PO Box 749063
Los Angeles, CA 90074-9063


Amex
Correspondence/Bankruptcy
Po Box 981535
El Paso, TX 79998


Arcadia Recovery Bureau, LLC
P.O. Box 6768
Reading, PA 19610-0768


Bankers Health Group
201 Solat Street
Syracuse, NY 13204


Baum Smith & Clemens LLP
2060 Detwiller Road, Suite 125
Harleysville, PA 19438


Cardinal Financial Co.
Attn: Bankruptcy
3296 Summit Ridge Pkwy
Duluth, GA 30096


Carepayment
PO Box 2398
Omaha, NE 68103-2398


CBE Group
Payment Processing Center
P.O. Box 2336
Waterloo, IA 50704-2695


Citi Card/Best Buy
Attn: Citicorp Cr Srvs Centralized Bankr
Po Box 790040
St Louis, MO 36179

Credit Corp Solutions,, Inc.
121 W. Election Road, Suite 200
Draper, UT 84020


DB Collects LLC283011237153
1253 Haddonfield Berlin Rd
Voorhees, NJ 08043-4847


Discover Bank
PO Box 3025
New Albany, OH 43054


Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054


Fox Rothchild
2000 Market Street, 20th Floor
Philadelphia, PA 19103


Good Shepherd Rehabilitation
850 S 5th Street
Philadelphia, PA 19107


Greenleaf Propane
PO Box 914
Plumsteadville, PA 18949


Hayt, Hayt & Landau, LLC
2 Industrial Way West
PO Box 500
Eatontown, NJ 07724-0500


Headway Capital LLC
175 W Jackson Blvd, Suite 1000
Chicago, IL 60604

Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101-7346


Jefferson Health
111 S 11th Street
Philadelphia, PA 19107


Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203


Keystone Collections Group
PO Box 499
Irwin, PA 15642


Lab Corp
PO Box 2240
Burlington, NC 27216


M&T Bank


Manufacturers and Traders Trust Co.
One M&T Plaza
Buffalo, NY 14203


Matthew J. Rifino, Esq.
McCarter & English, LLP
405 North King Street, Suite 800
Wilmington, DE 19801


Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

MRS BPO LLC
1930 Olney Avenue
Cherry Hill, NJ 08003-2016


National Funding - Quick Bridge Funding
4380 LaJolla Village Dr
San Diego, CA 92122


Obermayer
Centre Street West
1500 Market Street, Suite 3400
Philadelphia, PA 19102-2101


PA Dept of Revenue
PO Box 280431
Harrisburg, PA 17128-0431


PA Dept of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128


Palisades School District
Township of Tinicum
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642


Penn Medicine
Patient Pay
P.O. Box 824406
Philadelphia, PA 19182-4406


Rebecca J. Price, Esq.
515 Hamilton Street, Suite 502
Allentown, PA 18101

Rising Tide Com Loan
1557 East 5th Street
Bethlehem, PA 18015



SBA
P.O. Box 3918
Portland, OR 97208-3918



Small Business Administration
801 Tom Martin Drive  Suite 120
Birmingham, AL 35211



Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243



Surgical Care Specialists
1245 Highland Avenue, Suite 600
Abington, PA 19001-3727



Synchrony Bank
P.O. Box 71782
Philadelphia, PA 19176-1782



Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896



United Anes Serv. PC
P.O. Box 828962
Philadelphia, PA 19182



Uplift, Inc.
Attn: Bankruptcy
440 N Wolfe Rd
Sunnyvale, CA 94085

Vancleef Engineers Associates
501 North Main Street
Doylestown, PA 18018


VW Consultants LLC
1590 Canary Road
Richboro, PA 18954


WELTMAN WEINBERG & REIS CO LPA
ATTN: MICHAEL J DOUGHERTY
520 WALNUT STREET, SUITE 1355
PHILADELPHIA, PA 19106-1334


Weltman, Weinberg & Reis
965 Keynote Circle
Independence, OH 44131


Zak and Maggie LLC
31 Creamery Road
Ottsville, PA 18942


Zwicker & Associates, PC
80 Minuteman Road
Andover, MA 01810-1031